IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAFEQ AL-JAAD                                                              PLAINTIFF

v.                              No. 3:24-cv-71-DPM

UNITED STATES OF AMERICA                                      DEFENDANT

JUDGMENT

Al-Jaad's complaint is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 May 2024